# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2363 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 193 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 58234 |
| | : | |
| JOHN CHURCHMAN SMITH, JR. | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of March, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and John Churchman Smith, Jr., is suspended on consent from the Bar of this Commonwealth for a period of one year. He shall comply with all the provisions of Pa.R.D.E. 217.